UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD MICHAEL PORTER,

       Petitioner,

                                         File no: 1:15-CV-367

v.

                                         HON. ROBERT J. JONKER

DAVID FENBY,

       Respondent.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 4, 2017 (ECF No. 13). The Report and Recommendation was mailed to Petitioner at the Carson City Correctional Facility in Carson City, Michigan. The envelope was returned to the Court with the notation "Discharged/Paroled." On May 19, 2017, the Report & Recommendation was re-mailed to Petitioner c/o the Montmorency County Probation Officer in Atlanta, Michigan per the MDOC website. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 13) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas petition is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date: June 8, 2017                               /s/ Robert J. Jonker
                                                          ROBERT J. JONKER
                                                          CHIEF UNITED STATES DISTRICT JUDGE